DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTO PENA,**
Appellant,

v.

**ITZHAK TIMIANKO** and **LAURA TIMIANKO,**
Appellees.

No. 4D22-1504

[June 8, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE19018552.

David L. Rich and Tamara L. Klopenstein of David L. Rich, P.A., Margate, for appellant.

Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***